Certificate Number: 17572-WIE-DE-036238152

Bankruptcy Case Number: 21-26204


17572-WIE-DE-036238152

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on January 3, 2022, at 1:42 o'clock PM PST, Camille Fehring completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Wisconsin.

Date: January 3, 2022

By: /s/Judy Alexander

Name: Judy Alexander

Title: Counselor